FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 DEC 22 PM 3: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES ENCARDES | CIVIL ACTION |
| VERSUS | NUMBER: 07-0530 |
| LYNN COOPER, WARDEN | SECTION: "F"(5) |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, James Encardes, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 22nd day of December, 2008.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____